IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

|  |  |
|---|---|
| LABORERS' DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND NO. 2, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IMPREGLIO/HEALY/PARSONS (Joint Venture), <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:18-cv-01904-ELH |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, the Laborers District Council Pension and Disability Trust Fund No. 2, the Laborers' District Council Health and Welfare Trust Fund No. 2, the Laborers' Joint Training Fund of Washington, D.C. and Vicinity, and George Maloney hereby dismiss this action with prejudice.

*The Clerk is directed to close this case.*
*ELH*

Respectfully submitted,

Dated: June 3, 2019

*/s/ Jonathan G. Rose*
Jonathan G. Rose (Bar No. 15138)
Alston & Bird LLP
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
jonathan.rose@alston.com

*Attorney for Plaintiffs*

LEGAL02/39010630v1